# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

State of Texas
Plaintiff

v.

U.S. Dep't of Justice et al
Defendant

7:26-cv-00070-O
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs the State of Texas

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Not applicable, Plaintiff, State of Texas, is a government entity

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

United States Department of Justice; Todd Blanche, in his official capacity as acting United States Attorney General, Daren K. Margolin, in his official capacity as Director of the Executive Office for Immigration Review

| | |
|---|---|
| Date: | June 22, 2026 |
| Signature: | /s/ Kyle Tebo |
| Print Name: | Kyle Tebo |
| Bar Number: | 24137691 |
| Address: | P.O Boxx 12548, Capitol Station |
| City, State, Zip: | Austin, Texas 78711-2548 |
| Telephone: | 512-463-2100 |
| Fax: | |
| E-Mail: | kyle.tebo@oag.texas.gov |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.