**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| State of Texas,<br><br>    *Plaintiff*,<br><br>  v.<br><br>U.S. Department of Justice, et al.,<br><br>    *Defendants*,<br><br>and<br><br>City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza,<br><br>    *Defendant-Intervenors*. | Case No. 7:26-CV-00070-O |

**EMERGENCY MOTION TO INTERVENE BY CITY OF BALTIMORE, MD; CITY OF COLUMBUS, OH; CITY OF NEW HAVEN, CT; AND CENTRO LEGAL DE LA RAZA**

Pursuant to Federal Rule of Civil Procedure 24(a), the City of Baltimore, Maryland; the City of Columbus, Ohio; the City of New Haven, Connecticut; and Centro Legal de la Raza respectfully move to intervene in this matter. For the reasons set forth in the accompanying memorandum of law, Proposed Intervenors are entitled intervene because they have substantial interests in the validity of the regulation challenged in the Complaint and vacated by the Court's consent judgment. Proposed Intervenors seek to intervene for the purpose of appeal because the parties have expressly stated that they will not appeal the judgment.

In support of this motion, Proposed Intervenors rely on the accompanying memorandum of law, the declarations of Catalina Rodriguez Lima, Abby Sullivan Engen, Justin Elicker, Melanie Tobias-Hunter, and Jacquelin R. Lewis, and the proposed answer. Because the deadline for an

appeal of the consent judgment is August 21, 2026, *see* Fed. R. App. P. 4(a)(1)(B), Proposed

Intervenors respectfully request that the Court resolve this motion prior to that date.

August 7, 2026                                                Respectfully submitted,


Ally Scher*                                          /s/ *Andres Correa*
Simon C. Brewer*                                     Andres Correa
Joshua M. Salzman*                                   Texas Bar No. 24076330
Paul R.Q. Wolfson*                                   acorrea@lynnllp.com
Brian D. Netter*                                     Yaman Desai
Democracy Forward Foundation                         Texas Bar No. 24101695
P.O. Box 34553                                       ydesai@lynnllp.com
Washington, DC 20043                                 Lynn Pinker Hurst & Schwegmann
ascher@democracyforwad.org                           2100 Ross Avenue, Suite 2700
sbrewer@democracyforward.org                         Dallas, Texas 75201
jsalzman@democracyforward.org                        (214) 292-3639
pwolfson@democracyforward.org
bnetter@democracyofrward.org
(202) 448-9090


                                                     *Counsel for Proposed Intervenors City of
                                                     Baltimore, MD; City of Columbus, OH; City of New
                                                     Haven, CT; and Centro Legal de la Raza*


* Motions for admission pro hac vice forthcoming

2

**CERTIFICATE OF CONFERENCE**

Counsel for proposed intervenors conferred with counsel for the parties by email on August 6, 2026. Counsel for the plaintiff stated that they oppose this motion.

/s/ *Andres Correa*
Andres Correa
*Counsel for Proposed Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I filed the foregoing document using the Court's CM/ECF system. Service on all counsel of record for all parties was accomplished using the Court's CM/ECF system.

/s/ *Andres Correa*
Andres Correa
*Counsel for Proposed Intervenors*