**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| State of Texas, <br><br>     *Plaintiff*, <br><br> v. <br><br> U.S. Department of Justice *et al.*, <br><br>     *Defendants*, <br><br> and <br><br> City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza, <br><br>     *Movant-Intervenors*. | Case No. 7:26-CV-00070-O |

**Declaration of Jacquelin R. Lewis**

I, Jacquelin R. Lewis, declare as follows:

1.  I am a resident of the State of Ohio.  I have personal knowledge and knowledge set forth based upon information that is provided to me in the performance of my job duties, including reviewing business records.  That knowledge is set forth in this declaration and, if called as a witness, I could and would testify competently to the matters set forth below.

2.  I am the Auditor for the City of Columbus.  I began serving in that position on May 4, 2026.  The City Auditor is the city's chief accounting officer.

3.  Prior to serving as the City Auditor, I was a partner at the law firm of Bricker Graydon Wyatt LLP in its Public Finance practice group.  My professional experience includes advising various Ohio political subdivisions on the issuance of municipal bonds and lease-purchase financing, including general obligation, revenue, and nontax revenue bond financings.

4. The City Auditor's Office is responsible for maintaining high-quality fiscal processing, tax collection and audit, debt management, record keeping, and reporting to our residents, business community, City departments and others on the financial condition of the City.

5. My office has six different sections: (1) Accounting and Operations, which is responsible for processing and maintaining accurate records of all City fiscal transactions; (2) Financial Reporting, which manages the City's independent audit and compiles the City's annual comprehensive financial report and popular annual financial report; (3) Payroll, which handles the bi-weekly generation of paychecks and tax-withholding remittances for all of the City's employees; (4) Debt Management, which oversees the City's debt issuance, credit analysis, and debt payment processes; (5) Financial Systems, which maintains the software systems and technology functions for the Auditor's Office; and (6) Financial Analytics, which establishes and sets the City's official revenue estimate which serves as the ceiling for the City's annual budget, revenue analysis, and related functions.

6. The Division of Income Tax is also located in the City Auditor's Office.

7. The Division of Income Tax carries out collection of the City's 2.5% income tax, its admissions tax, short-term rental excise tax, and hotel/motel tax.

8. General Fund income tax revenues on the budget basis in 2025 for the City of Columbus were $1.265 billion less refunds of $40.6 million for a net amount of $1.224 billion.

9. Income tax revenues on the modified accrual basis of accounting, net of refunds, were $1.243 billion.

10. A ten-year lookback for income tax revenues for the City of Columbus can be summed up in this table, which was compiled by the Auditor's Office for the Annual Comprehensive Financial Report for the Fiscal Year ended December 1, 2025:

**City of Columbus, Ohio**
**Income Tax Revenue Fund Distribution and Governmental Activities**
**Net of Refunds**
**Last Ten Fiscal Years**
**(in thousands, except %)**

| | Budget (Cash) Basis | | | | | GAAP (Modified Accrual) Basis | | | | | Full Accrual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | General Fund | Debt Service Funds | Other Governmental Funds | Total | % Increase (Decrease) | General Fund | Debt Service Funds | Other Governmental Funds | Total | % Increase (Decrease) | Governmental Activities | % Increase (Decrease) |
| 2016 | $ 629,935 | $ 209,979 | $ - | $ 839,914 | 4.60% | $ 630,266 | $ 210,089 | $ - | $ 840,355 | 3.96% | $ 846,355 | 4.05% |
| 2017 | 656,889 | 218,963 | 5 | 875,857 | 4.28% | 657,229 | 219,076 | 5 | 876,310 | 4.28% | 876,310 | 3.54% |
| 2018 | 668,685 | 222,895 | 5 | 891,585 | 1.80% | 666,599 | 222,199 | 5 | 888,803 | 1.43% | 880,803 | 0.51% |
| 2019 | 706,086 | 235,362 | 5 | 941,453 | 5.59% | 711,076 | 237,025 | 5 | 948,106 | 6.67% | 953,106 | 8.21% |
| 2020 | 699,560 | 233,187 | 1 | 932,748 | (0.92%) | 710,261 | 236,754 | 1 | 947,016 | (0.11%) | 938,016 | (1.58%) |
| 2021 | 776,095 | 258,699 | - | 1,034,794 | 10.94% | 773,734 | 257,911 | - | 1,031,645 | 8.94% | 1,053,645 | 12.33% |
| 2022 | 810,429 | 270,143 | 1 | 1,080,573 | 4.42% | 810,936 | 270,901 | 1 | 1,081,838 | 4.87% | 1,084,838 | 2.96% |
| 2023 | 852,461 | 284,153 | - | 1,136,614 | 5.19% | 848,120 | 282,117 | - | 1,130,237 | 4.47% | 1,151,237 | 6.12% |
| 2024 | 1,149,649 | - | - | 1,149,649 | 1.15% | 1,144,941 | - | - | 1,144,941 | 1.30% | 1,134,941 | (1.42%) |
| 2025 | 1,224,256 | - | - | 1,224,256 | 6.49% | 1,242,726 | - | - | 1,242,726 | 8.54% | 1,257,726 | 10.82% |

Source: City of Columbus, Ohio, City Auditor.

11. I understand that some individuals who currently do not have United States citizenship can and do obtain work permits that allow them to legally work in this country.

12. When an individual obtains such a work permit, they are permitted to work and pay income tax and other types of taxes just like United States citizens.

13. U Visa applicants can be granted such a work permit.

14. Should the U Visa applicant be granted work authorization, that individual would contribute to the City's revenue base by working and paying taxes.

15. The City of Columbus levies a 2.5% income tax on residents as well as non-residents who work in the City.

16. I understand that many U Visa applicants work legally while their applications are pending. Removal of each of these individuals would mean that the City would lose out on the tax revenue that each person would pay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 7, 2026, in Columbus, Ohio.

Jacquelin R. Lewis

3