**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

|  |  |
|---|---|
| State of Texas,<br><br>    *Plaintiff,*<br><br>v.<br><br>U.S. Department of Justice *et al.,*<br><br>    *Defendants,*<br><br>and<br><br>City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza,<br><br>    *Movant-Intervenors.* | Case No. 7:26-CV-00070-O |

**Declaration of Melanie Tobias-Hunter**

I, Melanie Tobias-Hunter, declare as follows:

1. I am a resident of the State of Ohio. I have personal knowledge and knowledge set forth based upon information that is provided to me in the performance of my job duties including reviewing business records. That knowledge is set forth in this declaration and, if called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Criminal Division Chief for Columbus City Attorney Zach Klein. In that role, I am ultimately responsible for criminal prosecutions undertaken by our office. I also oversee individuals in this office who are responsible for prosecution as well as for working with victims of crime.

3. Our office is responsible for the criminal prosecution of misdemeanor crimes that occur inside the City of Columbus. The criminal division has 101 total employees, including 25 court room prosecutors, and 7 prosecutors who specialize in prosecuting misdemeanor crimes of domestic violence.

1

4. In addition, the criminal division employs 22 individuals who work as victim advocates. These individuals work with survivors of domestic violence by helping them navigate the courts, work with social support entities that provide for the needs of these individuals including helping them secure no-contact orders, alternative housing or food assistance, medical and counselling services, and other needs.

5. In 2025, our office handled 5,256 prosecutions for domestic violence.

6. According to the US Census Bureau, the City of Columbus has 938,396 residents as of July 1, 2025, a 3.6% increase from its 2020 population.[1]

7. The Census Bureau also estimates that 15% of the population of the City of Columbus was foreign born.[2]

8. The State of Ohio is home to approximately 601,100 immigrants – 5% of the State's total population.[3]

9. The Columbus Metropolitan area itself is home to approximately 204,900 immigrants, or 10% of its population.[4]

10. The Columbus region has around 101,500 noncitizen residents.[5]

11. In addition, the region has 96,100 children with at least one parent who was born in a foreign country. That means approximately one in five children in the Columbus region have at least one immigrant parent.[6]

12. Approximately 84% of children in the Columbus region who had at least one foreign born parent are birthright citizens of the United States.[7]

---

[1] https://www.census.gov/quickfacts/fact/table/columbuscityohio/PST045225.

[2] *Id.*

[3] https://vera-institute.files.svdcdn.com/production/downloads/publications/Columbus_Immigrant_Population_Profile.pdf?dm=1748637563.

[4] *Id.*

[5] *Id.*

[6] *Id.*

[7] *Id.*

13. Central Ohio is home to the second largest Somali community in the United States with an estimated 60,000 residents.[8]

14. In my role as Criminal Division Chief, I am responsible for signing off on U Visa applications on behalf of the Columbus City Attorney's Office. Since 2023, our office has signed approximately 35 U-visa certifications.

15. A number of the crime victims our office assists are undocumented individuals, including victims of domestic violence.

16. In the past, I have signed off on U Visa applications for individuals who were victims of domestic violence and other crimes. For example, I signed a U Visa application in 2024 for a victim in a protection order violation case wherein we were able to obtain a conviction. Similarly, in 2025 I signed a U Visa application connected to a domestic violence offense wherein we obtained a conviction to the lead charge of Domestic Violence.

17. It is traumatic and difficult for survivors of domestic violence to interact with the legal system. This is especially true if the survivor lacks adequate documentation about residency status. The U-visa process exists for exactly these victims. Victims of domestic violence report to our victim advocates that they were hesitant to call police for fear that their abuser would alert law enforcement to their undocumented status. Victims tell our advocates that they do not wish to appear in court for fear that ICE will be present in court looking for undocumented persons. It's also not unusual for victims to share their fears with us about exposing their information to additional court systems in order to obtain civil protective orders. While a victim may be willing to talk with our advocates and prosecutors over the phone, they refuse to come to court for fear of being arrested by ICE. In short, victims ask about deportation risks, and they make decisions about whether to report, appear, and testify based on fear of deportation. When victims do not come forward, offenders—including repeat domestic-violence offenders—go unprosecuted, and Columbus residents, citizen and noncitizen alike, are less safe.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

[8] Johanek, Marilou, Ohio has the 2nd largest Somali community in the U.S. Trump's racist rant puts them in danger. Ohio Capital Journal, December 11, 2025. https://ohiocapitaljournal.com/2025/12/11/ohio-has-the-2nd-largest-somali-community-in-the-u-s-trumps-racist-rant-puts-them-in-danger/

Executed August 7, 2026 in Columbus, Ohio.

Melanie Tobias-Hunter

4