**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

State of Texas,

      *Plaintiff*,

v.

U.S. Department of Justice *et al.*,

      *Defendants*,

and

City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza,

      *Movant-Intervenors*.

Case No. 7:26-CV-00070-O

**DECLARATION OF CATALINA RODRIGUEZ LIMA**

    I, Catalina Rodriguez Lima, declare as follows:

    1.    I have knowledge of the facts set forth in this declaration as a result of information provided to me in the performance of my job duties and, if called as a witness, could and would testify competently to the matters set forth below.

    2.    I am the Director of the City of Baltimore's (the City) Mayor's Office of Immigrant Affairs (MIMA). I have served in this role since 2014.

    3.    In my role, I manage MIMA, which works to promote the community well-being and inclusion of immigrant communities by identifying needs and opportunities that immigrants bring to our city. Within City government, our office assists other agencies and decisionmakers in better serving immigrant residents. Outside of City government, we collaborate with community-based organizations to ensure immigrant residents are being connected to critical resources and services.

4.      The Mayor and City Council of Baltimore, the City's corporate identity, is a municipal corporation organized pursuant to Articles XI and XI-A of the Maryland Constitution and is entrusted with all the powers of local self-government and home rule afforded by those articles. Baltimore is the largest city in Maryland and the thirtieth largest city in the United States.

5.      Recent Census Bureau estimates identify that non-citizens make up 5.2% of the City's total population of over 569,000. Our immigrant population is an integral and indispensable part of our community. As Mayor Brandon Scott made clear in a statement last year, Baltimore is "a welcoming city … [that is] better because of our immigrant neighbors."

6.      The U Visa nonimmigrant status—known as the U Visa—is set aside for victims of certain crimes who have suffered mental or physical abuse and are helpful to law enforcement or government officials in the investigation and prosecution of criminal activity. The U Visa process can protect victims of, and witnesses to, crimes from deportation. And, if the U Visa application is found to be *bona fide*, these vulnerable individuals are provided with work authorization.

7.      MIMA is aware of at least 600 pending or approved U Visa applications submitted by partner legal service providers to Baltimore residents. I have also been informed that BPD has processed more than 440 U Visa certifications since the beginning of 2025. And, in my experience, U Visa adjudications can take years.

8.      The U Visa process provides stability to Baltimore residents who have experienced or witnessed crimes ranging from intimate-partner violence, to sexual assault, to even homicide. Relief from the specter of deportation empowers the recipient to protect him- or herself and become a more integrated part of the Baltimore community.

9.      Should the U Visa's applicant be granted work authorization, that individual also starts contributing to the City's revenue base by working and paying taxes. Baltimore levies a 3.2% income tax on residents, and many U Visa applicants work legally while their applications

are pending. Removal of each of those workers would mean that the City would lose out on the tax revenue that each worker would pay.

10.     And, before the court's judgment, an applicant's removal proceedings could be paused while the application remained pending before USCIS.

**U Visas Promote Cooperation with Law Enforcement and Improve Public Safety**

11.     Baltimore has recently experienced year-over-year declines in important crime statistics, reflecting a community that is taking real and evidence-based approaches to improving public safety. The City has made tremendous strides toward building trust between the Baltimore Police Department (BPD) and residents in the wake of the mass protests that followed the death of Freddie Gray.

12.     The City believes that public safety is founded on trust and cooperation of community residents and local law enforcement. The City's emphasis on community policing is one factor leading to these unprecedently low crime rates.

13.     Studies show that undocumented immigrants are less likely to provide information to police, when they are the victims of or witnesses to crimes, because they fear exposing themselves, family, or friends to a risk of deportation. This is true based on my experience.

14.     The U Visa program aids law enforcement by incentivizing cooperation with the police from a community that—to say the least—has justified and tangible fears that any interaction with law enforcement could initiate a series of events leading to deportation or detention.

15.     Effective law enforcement requires a community where witnesses are willing to come forward. U Visas help to foster a relationship of trust, respect, and open communication between law enforcement and the undocumented, ensuring community security. Allowing all community members, regardless of their immigration status, to feel safe and secure when contacting members of local law enforcement.

DECLARATION OF CATALINA RODRIGUEZ LIMA

16.     While awareness varies across the community, many undocumented residents in Baltimore, particularly those connected with community-based organizations and social service providers, understand that they can report crimes to local law enforcement without fear of being prosecuted solely because of their immigration status. The primary goal is to encourage victims and witnesses to come forward so that crimes can be investigated and public safety can be protected. For some individuals who are victims of certain qualifying crimes and who cooperate with law enforcement, eligibility for a U Visa may help alleviate fears associated with reporting. In that sense, the availability of U Visa relief serves as one of several protections that can foster trust between immigrant communities and local law enforcement, encouraging cooperation in criminal investigations.

17.     And in the absence of trust in law enforcement, nefarious actual criminals could predate on immigrants and immigrant communities who are fearful of seeking the law's protection. The City is in fact aware of circumstances where bad actors raised the specter of calling immigration enforcement to scare crime victims from reporting bad behavior. Although BPD policy prevents its officers from taking actions to aid civil immigration enforcement (beyond the narrow obligations imposed by federal law), this incident just demonstrates the value that the U Visa makes available to crime victims: come forward and you will be protected.

18.     The court's judgment will place more Baltimore residents—including crime victims and witnesses—in active removal proceedings, facing hearings and the immediate prospect of removal. In MIMA's experience working with immigrant communities, that is precisely the circumstance in which residents stop calling police, stop appearing in court, and stop seeking the law's protection.

### Safe City Baltimore

19.     MIMA directly coordinates the Safe City Baltimore Immigrant Education and Defense Fund (Safe City Baltimore), which seeks to help provide access to lawyers for individuals with claims to remain in the United States and connect individuals facing deportation with defense attorneys. The City has supported Safe City Baltimore since its launch in 2017, and

DECLARATION OF CATALINA RODRIGUEZ LIMA

relaunched and expanded the program in 2025. The City has made a $2 million investment into Safe City Baltimore, which funds and provides immigration screen clinics, coordination with pro bono legal service providers, and coordination with legal representation. Safe City Baltimore funds its legal service providers through fixed awards that assume a minimum volume of cases. Safe City Baltimore funds are also used to partner with community-based organizations to educate immigrants about their legal rights.

20.     Since Safe City Baltimore launched a hotline in September 2025, the City's legal service provider has been able to identity more than 60 residents eligible for a U Visa. These residents have been placed with legal service providers responsible for helping residents apply for U Visas and/or representing pending applicants in removal proceedings.

21.     As a result of the court's judgment, the cases funded through Safe City Baltimore that were administratively closed will now return to active dockets. The City has already paid for the legal work that achieved those closures; when the cases reopen, that City-funded work is lost, and the same clients will require additional legal work to defend their cases—again at the City's expense.

22.     The judgment also changes what every case costs going forward. Before the court's judgment, a case whose defense was funded through Safe City Baltimore would typically not require funded legal work to prepare for hearings or filings while the undocumented immigrant's removal case was paused and their visa application was filed. Now, the same client needs two representations at once to achieve the same goal: a visa application and an active removal case in immigration court, with all its attendant process and hearings. Each such case will consume substantially more of the funded capacity Safe City Baltimore's awards were built around, so providers will exhaust their awards on fewer clients. The City must either increase its appropriation to maintain the same level of service or accept that Safe City Baltimore will serve fewer residents.

DECLARATION OF CATALINA RODRIGUEZ LIMA

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed August 6, 2026 at BALTIMORE CITY, MARYLAND.

*Catalina Rodriguez Lima*

_____

Catalina Rodriguez Lima

6
DECLARATION OF CATALINA RODRIGUEZ LIMA