**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

|  |  |
|---|---|
| State of Texas,<br><br>       *Plaintiff*,<br><br>   v.<br><br>U.S. Department of Justice, et al.,<br><br>       *Defendants*,<br><br>and<br><br>City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza,<br><br>       *Defendant-Intervenors*. | Case No. 7:26-CV-00070-O |

### MOTION TO BE RELIEVED, IN PART, FROM LR 83.10

Proposed Intervenors the City of Baltimore, Maryland; the City of Columbus, Ohio; the City of New Haven, Connecticut; and Centro Legal de la Raza respectfully move to be relieved, in part, from the requirement of Local Rule 83.10(a) to have local counsel "whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending."

Proposed Intervenors are represented by undersigned counsel, Andrés Correa and Yaman Desai, who maintain their principal office at 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, within the Northern District of Texas and near the Dallas Division courthouse, approximately 140 miles from the Wichita Falls Division courthouse. Proposed Intervenors are

1

also represented by additional counsel for whom *pro hac vice* applications are forthcoming and who reside beyond the 50-mile radius of the courthouse.

Partial waiver of the local counsel requirement will not prejudice any party. Undersigned counsel practice regularly in the Northern District of Texas and are familiar with its rules and practices. Counsel for the Proposed Intervenors commit to being available for hearings as needed. It appears that both sets of the existing parties are represented exclusively by counsel located more than 50 miles from the courthouse (as allowed by Local Rule 83.11). In particular, Defendants' pleadings have been signed exclusively by counsel located in Washington, D.C. Counsel for the Proposed Intervenors can be at least as available. And waiver is particularly justified because Proposed Intervenors have sought intervention for purposes of appealing the final judgment already issued in this case, so no extended proceedings before this Court are anticipated.

Accordingly, because Proposed Intervenors are represented by local counsel whose principal office is within this district, but outside of the 50-mile radius of the Wichita Falls Division courthouse, Proposed Intervenors respectfully request that the Court relieve them from the 50-mile requirement as provided by Local Rule 83.10(a).

August 7, 2026

Ally Scher*
Simon C. Brewer*
Joshua M. Salzman*
Paul R.Q. Wolfson*
Brian D. Netter*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
ascher@democracyforwad.org
sbrewer@democracyforward.org
jsalzman@democracyforward.org
pwolfson@democracyforward.org
bnetter@democracyofrward.org
(202) 448-9090

Respectfully submitted,

/s/ Andrés Correa
Andrés Correa
Texas Bar No. 24076330
acorrea@lynnllp.com
Yaman Desai
Texas Bar No. 24101695
ydesai@lynnllp.com
Lynn Pinker Hurst & Schwegmann
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 292-3639

*Counsel for Proposed Intervenors City of
Baltimore, MD; City of Columbus, OH; City of New
Haven, CT; and Centro Legal de la Raza*

* Motions for admission pro hac vice forthcoming

**CERTIFICATE OF CONFERENCE**

Counsel for proposed intervenors conferred with counsel for the parties by email on August 6, 2026. Counsel for the plaintiff stated that it opposes this motion, while counsel for the defendants stated that they take no position.

/s/ XX
Yaman Desai
*Counsel for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I filed the foregoing document using the Court's CM/ECF system. Service on all counsel of record for all parties was accomplished using the Court's CM/ECF system.

/s/ XX
Yaman Desai
*Counsel for Proposed Intervenors*