**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| State of Texas,<br><br>        *Plaintiff,*<br><br>    v.<br><br>U.S. Department of Justice, et al.,<br><br>        *Defendants,*<br><br>and<br><br>City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza,<br><br>        *Defendant-Intervenors.* | Case No. 7:26-CV-00070-O |

**ORDER GRANTING MOTION TO BE RELIEVED IN PART FROM LR 83.10**

The Motion to Be Relieved in Part from LR 83.10 by [Proposed] Intervenors the City of Baltimore, Maryland; the City of Colombus, Ohio; the City of New Haven, Connecticut; and Centro Legal de la Raza is hereby GRANTED. They are hereby relieved from the requirement to have local counsel "whose residence or principal office is located within 50 miles from the courthouse" in Wichita Falls Division, and may proceed with local counsel whose principal office is within the district, as provided by Local Rule 83.10(a). SO ORDERED.

Dated: _____

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE