# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| State of Texas, *Plaintiff* | ) | |
| v. | ) | Case No. 7:26-cv-00070 |
| United States Department of Justice, et al., *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 08/18/2026

/s/ Anna L. Edwards
*Attorney's signature*

Anna Edwrads (SC Bar No. 106038)
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
*Address*

anna.edwards@usdoj.gov
*E-mail address*

(202) 812-2249
*Telephone number*

*FAX number*