**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **STATE OF TEXAS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 7:26-CV-00070** |

**DEFENDANTS' NUNC PRO TUNC MOTION AND RESPONSE TO COURT'S AUGUST 11, 2026 ORDER**

Defendants hereby respectfully request this Court accept their opposition to Movants' request to intervene in this litigation, ECF No. 6, nunc pro tunc.

Given the procedural background of this case and the Court's entry of final judgment on June 22, 2026, undersigned counsel had not entered an appearance in this case. Putative Intervenors served their motion to intervene on the undersigned counsel on August 18, 2026. Therefore, the undersigned inadvertently missed notification of the Court's August 11, 2026 Order requesting the parties submit any objections to the putative Intervenors' motion by August 17, 2026. *See* ECF No. 16. The undersigned has since filed an appearance in this case, *see* ECF No. 20, and will promptly monitor all deadlines and filing notifications.

As to the merits of the putative Intervenors' request to intervene to appeal the Court's final judgment, Defendants oppose the motion largely for the same reasons set forth by Plaintiff. *See* ECF No. 19. Due to the putative Intervenors' expedited

request for a ruling, Defendants do not submit extended briefing at this juncture[1] but note for the record that Defendants' position aligns with the arguments set forth by Plaintiff. *See* ECF No. 19. The putative Intervenors lack standing to sue and challenge the consent judgment. *Id.* at 10–15. Any challenge is futile as it would fail on the merits. *See id.* at 15–22. And the putative Intervenors do not satisfy the statutory requirements for permissive intervention. *Id.* at 22–28.

For these reasons, Defendants respectfully request the Court accept the Department's position opposing intervention nunc pro tunc and deny the motion to intervene.

Respectfully submitted August 18, 2026.

*/s/ Anna L. Edwards*
ANNA L. EDWARDS
Counsel to the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
anna.edwards@usdoj.gov

*Counsel for Defendants*

[1] Should additional briefing by Defendants be helpful to the Court, Defendants can submit briefing not to exceed ten (10) pages opposing intervention no later than 8:00PM on August 19, 2026.

**CERTIFICATE OF CONFERRAL**

Counsel for Defendants conferred with both Plaintiff and putative Intervenors on August 18, 2026. Plaintiff does not oppose the motion. And putative Intervenors do not oppose the Court accepting Defendant's position opposing the motion as stated in its certificate of conferral submitted on August 7, 2026, *see* ECF No. 6 at 3.

*/s/ Anna L. Edwards*
ANNA L. EDWARDS
Counsel for Defendants

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that I filed this brief via CM/ECF on August 18, 2026, which emailed all parties requiring notice.

*/s/ Anna L. Edwards*
ANNA L. EDWARDS
Counsel for Defendants