**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:26-CV-00070-O** |
| | § | |
| **U.S. DEPARTMENT OF JUSTICE, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendants' Emergency Motion for Stay Pending Appeal (ECF No. 25). In order for the Court to expeditiously address the issues presented, the Court **ORDERS** Plaintiff to respond no later than **September 1, 2026**. The Clerk shall reopen this case and electronically serve this order on all counsel. Defendants' counsel shall notify Plaintiff's counsel of this order no later than 3:00 pm on August 28, 2026, and shall file a pleading on the docket of this case explaining in detail how notice was made.

**SO ORDERED** on this **28th day** of **August, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE