**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| State of Texas,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Department of Justice, et al.,<br><br>*Defendants*,<br><br>and<br><br>City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza,<br><br>*Movant-Intervenors*. | Case No. 7:26-cv-00070-O |

**NOTICE REGARDING ORDER OF AUGUST 28, 2026**

Pursuant the Court's order of August 28, 2026, Dkt. 26, Movant-Intervenors the City of Baltimore, Maryland; City of Columbus, Ohio; City of New Haven, Connecticut; and Centro Legal de la Raza respectfully file this notice "explaining in detail how notice was made" of the Court's order and the emergency motion for a stay pending appeal, Dkt. 25.

Counsel for the parties have appeared in this case and received electronic notice of the stay motion via the Court's CM/ECF System. *See* Ex. A. Movant-Intervenors therefore effectuated service by "sending [the motion] to a registered user by filing it with the court's electronic-filing system." Fed. R. Civ. P. 5(b)(2)(E). Similarly, counsel for the parties also received electronic service of the Court's August 28 order via CM/ECF. *See* Ex. B.

For the avoidance of any doubt, undersigned counsel for Movant-Intervenors sent via email a copy of the motion for a stay pending appeal and the Court's August 28 order to counsel for the parties at 8:53 AM Central Daylight Time. *See* Ex. C. Counsel for the defendants confirmed receipt via email. *See* Ex. D. As of this filing, counsel for the plaintiff have not responded to the email or to a subsequent phone call to counsels' offices.

August 28, 2026

Respectfully submitted,

*/s/ Simon C. Brewer*

Simon C. Brewer (D.C. Bar 90042403)*
Ally Scher (D.C. Bar 1616379)*
Joshua M. Salzman (D.C. Bar 982239)*
Paul R.Q. Wolfson (D.C. Bar 414759)†
Brian D. Netter (D.C. Bar 979362)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
sbrewer@democracyforward.org
ascher@democracyforward.org
jsalzman@democracyforward.org
pwolfson@democracyforward.org
bnetter@democracyofrward.org
(202) 448-9090

Andrés Correa (Tex. Bar 24076330)
Yaman Desai (Tex. Bar 24101695)
Lynn Pinker Hurst & Schwegmann
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
acorrea@lynnllp.com
ydesai@lynnllp.com
(214) 292-3639

*Counsel for Movant-Intervenors City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza*

* Admitted pro hac vice.
† Motion for admission pro hac vice forthcoming.